## MARY M. AND A. B. COX *v.* W. H. CHELF.

**Married Women—Conveyance of Real Estate.**

The statutes empowering a married woman to convey by joining her husband in a deed give her the right to convey whether founded on a valuable consideration or not.

### APPEAL FROM GREEN CIRCUIT COURT.

#### October 30, 1877.

OPINION BY JUDGE PRYOR:

The general doctrine in regard to the conveyances of real estate by married women is that the statutes empowering a married woman to convey in conjunction with her husband give her the right to make a conveyance, whether founded on a valuable consideration or not.   One may make a deed of gift, mortgage or release, and when executed as required by the statute she will be divested of her title as readily as if she had been a feme sole. *Kennedy v. Ten Broeck,* 11 Bush 241.   The proof shows a compliance with the statute in taking the acknowledgment.   There is no allegation of fraud or collusion, nor any evidence in the record sustaining such a charge if made.   Judgment below *affirmed.*

*William Howell, for appellants.   W. H. Chelf, for appellee.*